# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-376
Lower Tribunal Nos. F07-342, F07-506, and F07-2179
_____


**Tavarus Lightsey**,
Appellant,

vs.

**The State of Florida**,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Alcorn v. State</u>, 121 So. 3d 419, 430 (Fla. 2013) ("In Florida, trial courts and prosecutors have [the] discretion [to accept or reject a plea]."); <u>Odegaard v. State</u>, 137 So. 3d 505, 508 (Fla. 2d DCA 2014) ("Even where trial counsel's misadvice results in a defendant's rejection of a favorable plea offer, the State is not required to reoffer its original plea on remand."); <u>Vennisee v. State</u>, 235 So. 3d 947 (Fla. 3d DCA 2017) (citing <u>Davis v. State</u>, 223 So. 3d 1106 (Fla. 5th DCA 2017, for the proposition that a juvenile who commits a substantive violation of probation as an adult is not entitled to be sentenced under Florida's juvenile sentencing scheme); <u>Woods v. State</u>, 314 So. 3d 683 (Fla. 3d DCA 2021), <u>review denied</u>, SC21-269, 2021 WL 2434584 (Fla. June 15, 2021); <u>Connolly v. State</u>, 172 So. 3d 893 (Fla. 3d DCA 2015).